PSS:SK
F. #2013R01613

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

     - against -

EDWARD VALENTIN,

           Defendant.

– – – – – – – – – – – – – – X

**CR 14 - 00307**

I N D I C T M E N T

Cr. No. _____

(T. 18, U.S.C., §§ 287 and 3551 et seq.)

WEXLER

LINE, M.J.

THE GRAND JURY CHARGES:

<u>FALSE, FICTITIOUS AND FRAUDULENT CLAIMS</u>

        On or about October 31, 2012, within the Eastern District of New York and elsewhere, the defendant EDWARD VALENTIN did make and present a claim upon and against a department and agency of the United States, to wit: the Federal Emergency Management Agency ("FEMA"), which he knew to be materially false, fictitious and fraudulent, in that the defendant filed and caused to be filed a Form 009-0-1

Application/Registration for Disaster Assistance with FEMA, knowing such claim to be false, fictitious and fraudulent.

(Title 18, United States Code, Sections 287 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. C.131

F.#2013R01613
FORM DBD-34
JUN 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

EDWARD VALENTIN,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 287 and 3551 *et seq.*)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Saritha Komatireddy, Assistant U.S. Attorney (718) 254-6054*