

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PSS:SK
F. #2013R01613

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 24, 2014

<u>By Hand Delivery and ECF</u>

Randi Chavis, Esq.
Federal Defenders of New York
Long Island Division
770 Federal Plaza
Central Islip, New York 11722

> Re:  United States v. Edward Valentin
> <u>Criminal Docket No. 14-307 (LDW)</u>

Dear Ms. Chavis:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the defendant.

I.  <u>The Government's Discovery</u>

A.  <u>Statements of the Defendant</u>

Enclosed please find copies of the following records containing the defendant's statements:

- A disk containing voicemails left by the defendant, Bates numbered JUN24-000001;

- An Application/Registration for Disaster Assistance, Bates numbered JUN24-000002 to JUN24-000005; and

- A Residential Lease, check, and letter from the defendant, Bates numbered JUN24-000108 to JUN24-000111.

Other statements made by the defendant are reflected in the enclosed documents from the defendant's Federal Emergency Management Agency ("FEMA") file.

B.     The Defendant's Criminal History

Enclosed are documents reflecting the defendant's criminal history, Bates numbered JUN24-000006 to JUN24-000009.

C.     Documents and Tangible Objects

Enclosed are copies of the following records:

- Documents from the defendant's FEMA file, Bates numbered JUN24-000010 to JUN24-000105;

- Department of Motor Vehicles records, Bates numbered JUN24-000106 to JUN24-000107;

- Documents pertaining to 6 Hudson Street, East Rockaway, NY 11518, Bates numbered JUN24-000112 to JUN24-000114;

- Records obtained from Roslyn Bank, Bates numbered JUN24-000115 to JUN24-000186; and

- Records obtained from various financial companies, utility companies, and other entities, Bates numbered JUN24-000187 to JUN24-000260.

You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

D.     Reports of Examinations and Tests

The government will provide you with copies of any reports of examinations or tests in this case as they become available.

E.     Expert Witnesses

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.

F.     Brady Material

The government is not aware of any exculpatory material regarding the defendant. The government understands and will comply with its continuing obligation to

produce exculpatory material as defined by <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny.

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. <u>See</u> <u>Giglio v. United States</u>, 405 U.S. 150 (1972).

G.      Other Crimes, Wrongs or Acts

The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

II.      The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. <u>See</u> Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

III.      Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in Lafler v. Cooper, 132 S. Ct. 1376 (2012), and Missouri v. Frye, 132 S. Ct. 1399 (2012).

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:    /s/ Saritha Komatireddy
Saritha Komatireddy
Assistant U.S. Attorney
(718) 254-6054

Enclosures

cc:    Clerk of the Court (LDW) (by ECF) (without enclosures)